IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 3:03-1026 |
| | ) |
| vs. | ) |
| | )    <u>ORDER TO DISMISS</u> |
| **BOSTON T. McCLAIN, JR.** | )    <u>INDICTMENT</u> |

And now, this _17th_ day of _May_____, 2005, the within Motion is granted, and it is hereby ordered and decreed that the Indictment in Criminal Number 3:03-1026 against **BOSTON T. McCLAIN, JR.** be and the same is hereby dismissed without prejudice.

                                                  _____
                                               HONORABLE JOSEPH F. ANDERSON, JR.
                                               UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

USDC RECEIVED COLUMBIA, SC
2005 MAY 17 A 11: 17